# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00605-CV

**Gregory Garrett, Appellant**

**v.**

**North Park Homeowners Association and April Rogoyski, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN203379, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

On October 8, 2002, appellant filed a motion to dismiss this cause. The appellant has informed this Court that he no longer desires to prosecute this appeal. Accordingly, we will grant appellant=s motion and dismiss this appeal.

_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: October 17, 2002

Do Not Publish